UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARILYN ANN TOWNSEND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 1:13CV76 SNLJ / DDN |

# MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed May 1, 2014 (ECF #25). Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Noce. In the report, Magistrate Judge Noce recommends that, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act and for Supplemental Security Income under Title XVI of the Social Security Act be reversed and this case be remanded to the Commissioner for further proceedings consistent with the Report and Recommendation. The parties were given fourteen days to file written objections. Neither party has filed an objection to the recommendation and the time to do so has expired.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs in the Report and Recommendation of Magistrate Judge

Noce, and will reverse the decision of the Commissioner and remand this matter to the Commissioner for further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce (ECF #25) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner of Social Security's decision denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act and for Supplemental Security Income under Title XVI of the Social Security Act is **REVERSED** and the case is **REMANDED** to the Commissioner for further proceedings consistent with this Memorandum and Order and the Report and Recommendation adopted herein.

Dated this 20th day of May, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE